**Mattie Bell McCULLOUGH, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27105.**

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wes-

ley Dice, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is aggravated assault; the punishment, 90 days in jail and a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.